UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TIMOTHY MOSES,

                    Plaintiff,

            Case No.: 09-cv-2646

          -against-

                    NOTICE OF
                    VOLUNTARY DISMISSAL
MED REV RECOVERIES, INC.,                 (JBW)

                    Defendant.
-----------------------------------------------------------------X

The Plaintiff, by and through his attorneys, hereby consents to the dismissal of the above-entitled action pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure with prejudice (but without prejudice as to the putative class members) and without costs to either party.

Dated: New York, New York
       August 14, 2009.

                                  SO ORDERED:

                                _____
                                HON. JACK B. WEINSTEIN, U.S.D.J.

_____
NOVLETTE R. KIDD, ESQ.
FAGENSON & PUGLISI
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.:(212)268-2128
Fax:(212)268-2127